NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# AMENDED
# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212

A true and correct copy of the foregoing document described as NOTICE OF MOTION AND MOTION FOR ORDER TO AVOID LIEN OF SECOND TRUST DEED HOLDER GMACE MORTGAGE; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION KRIS MESNER AND JUSTING T. GOLDBERG IN SUPPORT THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _10/04/2010_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Kathy A Dockery (TR)    efiling@CH13LA.com
Christopher M McDermott    ecfcacb@piteduncan.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _10/04/2010_, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/04/2010 | Yathida Nipha | /s/ Yathida Nipha |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                F 9013-3.1.PROOF.SERVICE

Service List

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

Kris Mesner
1325 Centinela Avenue Unit 2
Santa Monica, California 90404

United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
Honorable Alan M Ahart
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

America's Servicing Company
P.O. Box 10328
Des Moines, IA 50306

GMAC Mortgage
Attn: Bankruptcy Dept.
1100 Virginia Drive
Fort Washington, PA 19034

**SERVED BY CERTIFIED MAIL**

Agent for Service of Process
CSC – Lawyers Incorporation Service
2730 Gateway Oaks Drive, Suite 100
Sacramento, California 95833

CEO of GMAC Mortgage
Attn: Dave Applegate
1100 Virginia Drive
Fort Washington, PA 19034

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                              F 9013-3.1.PROOF.SERVICE