BRIAN A. PAINO (CA SBN 251243)
BALPREET K. THIARA (CA SBN 265150)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: bthiara@piteduncan.com

Attorneys for GMAC Mortgage, LLC

**FILED & ENTERED**

**OCT 21 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY malcala    DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In Re<br><br>KRIS MESNER,<br><br>　　　　Debtor(s). | Case No. 2:10-bk-44437-AA<br><br>Chapter 13<br><br>ORDER ON STIPULATION RE: AVOIDANCE OF LIEN |
|---|---|

The parties having agreed to the terms set forth in the Stipulation Re: Avoidance of Lien **(the "Stipulation")** with respect to the claim of GMAC Mortgage, LLC  (hereinafter referred to as "Creditor") secured by the second deed of trust on the real property commonly known as 1325 Centinela Avenue, Santa Monica, California 90404, and for good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. GMACM's claim shall be allowed as a non-priority general unsecured claim.

2. Debtor may discontinue making post-petition payments to GMACM

3. The avoidance of GMACM's Second Deed of Trust is contingent upon Debtor's completion of a Chapter 13 plan and the Debtor's receipt of a Chapter 13 discharge

4. Upon receiving a Chapter 13 discharge and completion of a Chapter 13 Plan, Debtor may record the Stipulation with the Los Angeles County Recorder's Office

5. GMACM shall retain its lien for the full amount due under the Subject Loan in the event of either the dismissal of Debtor's Chapter 13 case or the conversion of Debtor's Chapter 13 case to any other Chapter under the United States Bankruptcy Code;

6. **Paragraph 6 of the Stipulation is included by reference herein.**

7. Each party shall bear their own attorneys' fees and costs incurred incident to the negotiation and preparation of the instant Stipulation.

### 

DATED: October 21, 2010

*Alan M. Ahart*
United States Bankruptcy Judge

- 2 -

| In re: | CHAPTER 13 |
|---|---|
| Kris Mesner<br><br>Debtor(s). | CASE NUMBER 2:10-bk-44437-AA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4375 Jutland Drive, Suite 200, San Diego, CA 92117. A true and correct copy of the foregoing document described [Proposed] Order on Stipulation Re: Avoidance of Lien
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On October 20, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 20, 2010 | Kimberly Corredor | /s/ Kimberly Corredor |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: | CHAPTER 13 |
|---|---|
| Kris Mesner<br>　　　　　　　　　　　　　　　　　　　　Debtor(s). | CASE NUMBER 2:10-bk-44437-AA |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Kris Mesner
1325 Centinela Avenue, Unit 2
Santa Monica, CA 90404
**Debtor(s)**

Michael Jay Berger
9454 Wilshire Blvd 6th Flr
Beverly Hills, CA 90212-2929
**Debtor(s) Attorney**

Kathy A Dockery (TR)
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017
**Trustee**

U.S. Trustee
Department of Justice
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017
**U.S. Trustee**

Honorable Alan M. Ahart
Central District of California - Los Angeles Division
U.S. Bankruptcy Court,
Roybal Federal Building
255 East Temple Street, Suite 1382
Los Angeles, CA 90012-3332
**Judge**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1**

| In re:<br><br>Kris Mesner<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 2:10-bk-44437-AA |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4)** **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) Stipulated Judgment Re: Avoidance of Lien was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Kris Mesner
1325 Centinela Avenue, Unit 2
Santa Monica, CA 90404

**Debtor(s)**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                    **F 9021-1.1**

| In re:<br><br>Kris Mesner<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 2:10-bk-44437-AA |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

Michael Jay Berger         Michael.berger@bankruptcypower.com,
                           cristina.frankian@bankruptcypower.com

Kathy A. Dockery (TR)      efiling@CH13LA.com

Christopher M. McDermott   ecfcacb@piteduncan.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov